STATE OF KANSAS, *Appellee,* v. CURTIS COLLINS, *Appellant.*

No. 48,549

Opinion filed May 14, 1977.

*Robert W. Harris,* of Harris and Hills, of Kansas City, argued the cause, and was on the brief for the appellant.

*Philip L. Sieve,* chief deputy district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Nick A. Tomasic,* district attorney, were with him on the brief for the appellee.

PRAGER, J. Affirmed.

E. MARIE HARMON, *Appellee,* v. M. REX HARMON, *Appellant.*

No. 48,330

Opinion filed June 11, 1977.

*Raymond L. Dahlberg,* of Turner and Hensley, Chartered, of Great Bend, was on the brief for the apellant.

No appearance by appellee.

*Per Curiam:* Affirmed.

STATE OF KANSAS, *Appellee,* v. MICHAEL E. GOOCH and CLARA DIANNE CROSSNO, *Appellants.*

No. 48,346

Opinion filed June 11, 1977.

*Max Regier,* of Wichita, was on the brief for the appellants.

*Curt T. Schneider,* attorney general, *Vern Miller,* district attorney, and *Stephen M. Joseph,* assistant district attorney, were on the brief for the appellee.

*Per Curiam:* Affirmed.